UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-80092-RAR

**UNITED STATES OF AMERICA,**

v.

**MICHAEL LIGOTTI,**

   Defendant.
_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BAIL CONDITIONS

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Modify Bail Conditions [ECF No. 52] ("Motion"). The Court having reviewed said Motion and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Defendant's condition "o" of the Special Conditions of Bond, *see* [ECF No. 17 at 3], is hereby terminated. Defendant will no longer participate in the Location Monitoring Program, which includes active GPS monitoring and Curfew. All other terms and conditions of Bond shall remain in full force and effect.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 19th day of August, 2021.

                                          _____
                                          **RODOLFO A. RUIZ II**
                                          **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
   All Counsel via CM/ECF