| | |
|---|---|
| **From:** | FLSDdb_efile Reinhart |
| **To:** | Curtis, Ben |
| **Cc:** | Hayes, James (CRM); Chase, Alexandra (USAFLS); Markman, Ligia (CRM) |
| **Subject:** | Re: U.S. v. Michael Ligotti, Case No. 20-8265-BER |
| **Date:** | Thursday, July 30, 2020 7:31:45 PM |

**[ External Email ]**

Understood. Sounds like a prudent approach.

Bruce Reinhart
U.S. Magistrate Judge

---

**From:** Curtis, Ben <Bcurtis@mwe.com>
**Sent:** Thursday, July 30, 2020 6:40:29 PM
**To:** FLSDdb_efile Reinhart <Reinhart@flsd.uscourts.gov>
**Cc:** Hayes, James (CRM) <James.Hayes@usdoj.gov>; Chase, Alexandra (USAFLS) <Alexandra.Chase@usdoj.gov>; Markman, Ligia (CRM) <Ligia.Markman@usdoj.gov>
**Subject:** U.S. v. Michael Ligotti, Case No. 20-8265-BER

Dear Judge Reinhart,

I apologize for the evening email, but I am writing in connection with Dr. Michael Ligotti, who was arrested earlier today and who I understand will have his initial appearance before you in the morning.  I have copied on this email Jim Hayes, Alexandra Chase, and Ligia Markman, who are lead counsel for the government in connection with Dr. Ligotti's criminal matter.  They are aware of my intent to send this correspondence, as this is a subject we together wanted to bring to your attention prior to tomorrow morning's scheduled initial appearance.

While with another law firm in South Florida (then Broad & Cassel), I previously represented Dr. Ligotti in connection with what was then an ongoing grand jury investigation.  This representation lasted roughly 1 ½ years until the government notified me of a possible conflict with my continued representation of Dr. Ligotti as a result of a matter another of my then partners (at Broad & Cassel) was handling.  Out of an abundance of caution, I withdrew from my then representation of Dr. Ligotti, and, in doing so, did not communicate with anyone at Broad & Cassel (other than our in-house ethics and conflicts advisor) about the other case or the specific facts that led to the concern of a possible conflict.

With the above backdrop in mind, both the government and I are comfortable with my filing a temporary appearance tomorrow for purposes of Dr. Ligotti's initial appearance.  At this juncture, I do not believe an actual conflict exists, and I also believe the government (who obviously preserves their right to later change their position) currently shares this opinion.  But, we both believe the prudent step would be that following tomorrow morning's initial appearance, we schedule a *Garcia* hearing with the Court to assure all parties involved (including the Court) that no actual conflict exists.

I apologize for the long email and explanation, but both the government and I thought it best to bring this to your attention in advance of tomorrow morning's initial appearance.

Have a wonderful evening.

Ben Curtis

BEN CURTIS
Partner
**McDermott Will & Emery LLP**  333 SE 2nd Avenue, Suite 4500, Miami, FL 33131-2184
**Tel** +1 305 329 4442    **Email** bcurtis@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

*************************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.