UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                  CASE NO: 20-80092-CR-RUIZ/REINHART

MICHAEL LIGOTTI,

    *Defendant.*
_____/

**UNOPPOSED MOTION FOR ORDER APPROVING CHANGE OF ADDRESS**

    Defendant MICHAEL LIGOTTI, through undersigned counsel, hereby files his Motion for Order Approving Change of Address. Mr. Ligotti and his family are planning to move to a less expensive rental property located at 10830 S.W. 29 Place, Davie, FL 33328.

    AUSA James Hayes has no objection to the relief requested.

                                                Respectfully submitted,

                                                /s *Jose M. Quiñon*
                                                JOSE M. QUIÑON, ESQ.
                                                Fla. Bar No. 201944

                                                JOSE M. QUIÑON, P.A.
                                                2333 Brickell Avenue, Suite A-1
                                                Miami, FL 33129
                                                Telephone: (305) 858-5700
                                                Facsimile: (305) 358-7848
                                                Email: jquinon@quinonlaw.com
                                                *Attorney for Michael Ligotti*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed via CM/ECF this 10th day of January 2023.

/s *Jose M. Quiñon*
Jose M. Quiñon