# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                          **CASE NO: 20-80092-CR-RUIZ/REINHART**

**MICHAEL LIGOTTI,**

    *Defendant.*
_____/

## ORDER GRANTING MOTION FOR CHANGE OF ADDRESS

THIS MATTER came before the Court upon Defendant Michael Ligotti's Unopposed Motion for Order Approving Change of Address, and the Court being otherwise informed in the premises, it is

ORDERED AND ADJUDGED that Michael Ligotti's motion to change his address to 10820 S.W. 29 Place, Davie, Florida 33328 is hereby GRANTED.

DONE AND ORDERED this ___ day of January 2023 in Ft. Lauderdale, Florida.

                                                                _____