Judge Rudolfo Ruiz II
U.S. Federal Building and Courthouse
Courtroom 205C
Chambers 205D
Fort Lauderdale, Florida 33301
ruiz@flsd.uscourts.gov



FILED BY NA D.C.
MAR 09 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Dear Judge Ruiz,
I'm sorry to impose on your busy schedule. My name is John Ligotti and my dear Son Michael is a Defendant in a case that's before you.
Your Honor,
My Wife Sandra and I are broken hearted, because, regardless of what the papers before you appear to reveal about Michael, they don't tell you anything about his nature and who he is. Michael's entire scholastic career, including Medical School, reflect a student who got nothing but straight A's and graduated in the top 2% of his class. Michael always worked hard, was always staunchly honest and very very respectful.
His desire to become a Doctor was to help people and, although not shown in the paperwork, he counseled and helped many many young people.
Addiction is a horrible incurable disease and Michael was always so bothered by the nature of these kids who would lie, cheat, steal and even prostitute themselves to be able to support their horrendous addiction disease.
Michael's practice turned out to be in Delray Beach which was the epicenter of the addiction problem. The only options any addiction Physician had/has, is in assisting in the controlling of a disease with no real cure.
At a certain point, because of the sheer volume of young addiction patients, Michael found himself almost exclusively attending to them. Michael also treated general medical patients who think the world of Michael and his compassion and medical expertise.
My Son was always the epitome of honesty and integrity and I don't know where this whole thing went off the rails but, Michael has confessed to whatever he did that was wrong, and it would be a tremendous understatement to say that my Son feels extreme remorse. Michael's feelings of remorse go so deep that he desperately is in need of therapy for alcohol addiction. His addiction is a result of punishing himself for his admitted wrong doing and he, even as a youngster, was always very hard on himself for anything he may have done that he thought was wrong. I think it's important that you know that my Son's nature and background is so contradictory to whatever happened here?
Your Honor, the Prosecution has already extracted all the punishment that they sought, after almost 6 years of this investigation and the resulting indictment, as well as the loss of his License to Practice Medicine, which he worked so hard for.
Michael's oldest Son and my Grandson John, my name sake, has a rare blood disease called

"Bernards Soulier Syndrome", I believe that's the spelling, in which sudden involuntary bleeding occurs and this blood disorder prevents clotting which can be extremely dangerous. With his Father at hand, Michael has the expertise to eventually get it under control and stop the bleeding. His other two children Michael, Jr. and my sweet little Granddaughter Angelina, all are at very impressionable ages and need a strong Family unit.

Your Honor, I swear to you, in the eyes of God Almighty, my Son never ever would intentionally hurt anyone. His life's record reflects that. Nobody knows a Son like a Father knows a Son and I can tell you, you Honor, Michael is not who the papers in front of you indicate.

I wanted to ask you, your Honor, from the bottom of my heart, putting my Son away does nothing additionally than taking his entire life away hasn't already done so, if you could find it in your heart to allow him to be put on a Federally Supervised Release Program? An additional benefit would be that, if out on Federal Probation, he would still be readily available to confer with and assist in further pending cases or new cases that may arise. My Wife and I are almost 80 years old, we wouldn't have to end our lives with our beloved Son being in a Prison?

Your Honor, I truly believe that Justice has already been done here and my Son is not a threat or a danger to anyone.

In closing, I beg you, your Honor to please consider my plea!

All my Sincere Respect

John Ligotti

LIGOTTI
2064 OAKRIDGE F
DEERFIELD BEACH, FL 33442



Judge Rodolfo Ruiz II
US Federal Building + Courthouse
Courthouse - Room 205 Q - Chambers 205 D
Fort Lauderdale, FL
33301

33301-200715

WEST PALM BCH FL 334
6 MAR 2023 PM 4 L

