UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80092-CR-RUIZ

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL LIGOTTI,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**JOINT MOTION TO CONTINUE RESTITUTION HEARING**

The United States, by and through the undersigned Assistant United States Attorney, and the defendant, Michael Ligotti, by and through undersigned counsel, jointly move the Court to continue the restitution hearing in this matter. The parties both agree that restitution shall be ordered in this case but request a short period of additional time to confer regarding the amount of restitution and to whom the restitution is owed. Counsel for the defendant, Jose Quinon, is currently in a trial, and lead counsel for the United States, James V. Hayes and Ligia M. Markman, are preparing for a trial that begins Monday, April 10.

The parties request a continuance of thirty days in order to finalize the restitution stipulation. Pursuant to *Dolan v. United States*, 560 U.S. 605 (2010), the parties also request that the Court, consistent with its statements during the sentencing hearing, make clear in any order granting this request that the Court will order restitution, leaving open only the question of the amount.

WHEREFORE, the United States and the defendant, Michael Ligotti, by and through counsel, request that the Court continue the restitution hearing in this matter for a period of thirty days.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   /s/ Alexandra Chase
       ALEXANDRA CHASE
       ASSISTANT UNITED STATES ATTORNEY
       District Court No. A5501746
       500 South Australian Avenue, Suite 400
       West Palm Beach, Florida 33401
       Tel: (561) 209-1011
       Fax: (561) 659-4526
       alexandra.chase@usdoj.gov

By:   /s/ Jose M. Quinon
       Attorney for Michael Ligotti
       Fla. Bar No. 201944
       75 Valencia Avenue, Suite 800
       Coral Gables, Florida 33134
       Tel: (305) 858-5700
       Fax: (305) 358-7848
       jquinon@quinonlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        /s/ Alexandra Chase
        ALEXANDRA CHASE
        Assistant United States Attorney