UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80092-CR-RUIZ

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL LIGOTTI,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**ORDER**

This matter is before the Court pursuant to the parties' Joint Motion to Continue Restitution (DE XXX). Having reviewed the motion, it is hereby

**ORDERED** that the restitution hearing in this matter is continued to _____, 2023 at _____. It is further ordered that the Court fully intends to order restitution and is leaving open only the question of the amount and the recipients of that restitution.

**DONE AND ORDERED** at Miami, Florida, this \_\_\_\_ day of April, 2023.

_____
HON. RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
      U.S. Probation Office