UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                    CASE NO: 20-80092-CR-RUIZ

**MICHAEL LIGOTTI,**

    *Defendant.*
_____/

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Defendant, MICHAEL LIGOTTI ("Dr. Ligotti"), through undersigned counsel, files his Unopposed Motion for Permission to Travel to Universal Studios in Orlando, Florida, from October 5 until October 8, 2023, with his wife and three children.

Dr. Ligotti plans to stay at the Loews Royal Pacific Resort, 6300 Hollywood Way, Orlando, Florida 32819, commencing on October 5, and returning home with his family on October 8, 2022.

Probation Officer Mejia and AUSA James Hayes do not object to the relief requested.

                                                          Respectfully submitted,

                                                          /s *Jose M. Quiñon*_____
                                                          JOSE M. QUIÑON, ESQ.
                                                          Fla. Bar No. 201944

JOSE M. QUIÑON, P.A.<br>
75 Valencia Ave., Suite 800<br>
Coral Gables, FL 33134<br>
Telephone: (305) 858-5700<br>
Facsimile: (305) 358-7848<br>
Email: jquinon@quinonlaw.com<br>
*Attorney for Michael Ligotti*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed via CM/ECF this 7th day of July 2023.

/s *Jose M. Quiñon*
Jose M. Quiñon