UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-80092-RUIZ

UNITED STATES OF AMERICA,

vs.

MICHAEL LIGOTTI,

        **Defendant**.

_____/

      The United States of America, by and through the undersigned counsel, respectfully moves this Court to reduce the sentence of Defendant Michael Ligotti ("LIGOTTI") pursuant to Rule 35 of the Federal Rules of Criminal Procedure.  In support, the Government states as follows:

      1.     The Defendant pled guilty on October 4, 2022, and was sentenced by this Court on January 9, 2023, to a 240-month term of imprisonment, with an order that the Defendant must self-surrender for service of his sentence on December 1, 2023.

      2.     Since he pled guilty, the Defendant has debriefed with the Government numerous times, and provided the Government with substantial assistance in a number of large and complex addiction treatment fraud and other cases.  In addition, in March 2023 LIGOTTI testified at a trial as a Government witness in the Middle District of Florida, <u>United States v. Durall</u>, et al., 20-CR-00086-CORRIGAN.

      3.     As a result of the Defendant's substantial assistance, the United States recommends a forty percent (40%) sentence reduction.  Such a reduction would result in a sentence of approximately 144 months.

      4.     The Government has conferred with counsel for the Defendant, who agrees with the Motion but is seeking a greater reduction in sentence, and will request a hearing; the Government's

understanding is that US Probation take no position on this Rule 35 Motion because it regards a change in sentencing.

5. The Government requests a hearing on this Motion as well, which will allow time for victims to be notified and heard. The Government can provide further information on the extent of the Defendant's cooperation at a hearing if the Court deems it necessary.

Dated: November 27, 2023  Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION

By: */s/ James V. Hayes*
JAMES V. HAYES (FL Bar # A5501717)
Senior Litigation Counsel
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 774-4276
James.Hayes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, the foregoing was served on all attorneys of record in the above-captioned case via the CM/ECF electronic filing system.

By: */s/ James V. Hayes*